EXHIBIT "D"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    ) Case No. 05 B 51599
HENRY BEACHER CREWS, JR.   ) Hon. PAMELA S. HOLLIS
                                    ) Chapter 7
         Debtor                )

PROPOSED DISTRIBUTION REPORT

I, Allan J. DeMars, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I am making the following distribution:

SUMMARY OF DISTRIBUTION:
Fees and Expenses  Trustee: $ 907.03
                   Attorney:$3612.38        $   4519.41
Chapter 7 Administrative Expenses:          $
Chapter 11 Administrative Expenses:         $
Priority Claims (507(a)(3)-(a)(7)):         $
Secured Tax Liens:                          $
Priority Tax Claims:                        $
General Unsecured Claims:                   $
Other: penalty                              $
Other: Interest on claims                   $
Surplus to debtor:                          $
   TOTAL AMOUNT TO BE DISTRIBUTED:          $   4519.41

REPORT OF DISTRIBUTION

|  | TOTAL | FINAL |
|---|---|---|
| 1.   TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
| 726(a) & (b) and 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $5,747.20 | 78.636% |

| CLAIM NUMBER | CREDITOR |  | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| Allan J. DeMars: | trustee's fees |  | $1135.83 | $ 893.18 |
|  | expenses |  | 17.62 | 13.85 |
|  | attorney's fees |  | 4593.75 | 3612.38 |
|  |  |  | $5747.20 | $4519.41 |

REPORT OF DISTRIBUTION - CONT'D                          PAGE  2  of  6 

| 2.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 3.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(2) -Gap claims arising in involuntary cases and allowed pursuant to 502(f) | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 4.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(3) - Wages, salaries or commissions limited to $4,650.00 | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION - CON'T                              PAGE  3  of  6

| 5.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(4) - Contributions to Employee Benefit Plans | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 6.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,000. | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 7.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $2,100.00 | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 8.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) - Alimony, Maintenance and Support | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION - CONT'D                    PAGE 4 of 6

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 724(b) - Tax claims | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(8) - Tax claims excluding fines and penalties | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(9) - Capital Commitments to Federal Depository Institutions | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                           Page 5 of 6

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $98,120.90 | 0% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Discover Bank | $ 17112.17 | $ |
| 2 | Discover Bank | 4018.20 | |
| 3 | Chase Bank USA | 1418.16 | |
| 4 | Chase Bank USA | 21495.70 | |
| 5 | Advanta Bank Corp. | 20354.88 | |
| 6 | MBNA America Bank | 33721.79 | |
| | | $98120.90 | $ 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | AMOUNT OF DIVIDEND % |
|---|---|---|
| 726(a)(3) - Late unsecured claims. | $52,021.55 | 0% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 7 | LaSalle Bank | $52021.55 | $ 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                               Page  6 of 6

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(5) - Interest | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(6) - Surplus to Debtor | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

    WHEREFORE, the Trustee certifies under penalty of perjury that
the above statements are true and correct.

DATED: February 28, 2008                 _____
                                                       Trustee