UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| HENRY BEACHER CREWS, JR. | ) | |
| | ) | CASE NO. 05 B 51599 |
| DEBTOR | ) | |
| | ) | HON. PAMELA S. HOLLIS |

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 644, Chicago, IL 60604

    On: **April 24, 2008**          Time: **10:30 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $ 5,813.31 |
    | Disbursements | $ 1,293.90 |
    | Net Cash Available for Distribution | $ 4,593.75 |

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Allan J. DeMars, trustee | $ None | $1,135.83 | $ 17.62 |
    | Allan J. DeMars, attorney | $ None | $4,593.75 | |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | NONE | $ | $ | $ |

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0   must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0% plus interest.

7.  Claims of general unsecured creditors totaling $98,120.90   have been allowed and will be paid *pro rata* only

      after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00.

8.     Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.     The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.    Debtor has been discharged.

11.    The Trustee proposes to abandon the following property at the hearing all of which is either subject to liens or has been claimed as exempt by the debtor or is unsalable by the trustee: cash: $30.00; checking account:$150.00; business bank account: $850.00; household furnishings: $1,250.00; wearing apparel:$2,000.00; watches and rings:$300.00; shotgun:$150.00; term life insurance:$0.00; shares of stock in Hughes Holding:$0.00; interest in "The Stash":$0.00; interest in estate of Ruth Anita Hawkins Hughes:$17,000.00; 1984 Chevrolet:$750.00; 1990 Jeep:$900.00; 1992 station wagon:$0.00; office equipment:$0.00.
SEE TRUSTEE'S EXHIBIT "B" IN FINAL REPORT FOR MORE DETAILS.

Dated: **March 24, 2008**                                                           For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:    Allan J. DeMars
Address:   100 W. Monroe - Suite 910
               Chicago, IL 60603
Phone No.: (312) 726-3377

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1               User: amcc7                  Page 1 of 1                 Date Rcvd: Mar 24, 2008
Case: 05-51599                     Form ID: pdf002              Total Served: 26

The following entities were served by first class mail on Mar 26, 2008.
db           +Henry Beacher Crews, Jr,    9246 S Michigan Ave,    Chicago, IL 60619-7225
aty          +James P Wognum,    Law Office of James P. Wognum,    122 S Michigan Ave.,    Suite 1290,
              Chicago, IL 60603-6259
aty          +John Ellsworth,    John Ellsworth Law Offices,    929 S. 111th Street,    West Allis, WI 53214-2336
tr           +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
10160922      ADVANTA BANK CORP,    Bankruptcy,    Welsh & McKean Roads,    P O Box 844,
              Spring House, PA 19477-0844
11459597     +Advanta,    P O Box 30715,    Salt Lake, UT 84130-0715
11459599     +Advanta Bank Corp,    c/o Advanta,    P O Box 30715,    Salkt Lake, UT 84130-0715
11459598     +Advanta BankCorp,    PO Box 8088,    Philadelphia, PA 19101-8088
11459600     +American Express,    c/o David Freidberg,    10 S. LaSalle St, Suite 3410,    Chicago, IL 60603-1036
10160923     +CHASE,    PO BOX 94014,    PALATINE, IL 60094-4014
10160924     +CITI,    PROCESSING CENTER,    DES MOINES, IA 50364-0001
10160925     +CITIBUSINESS,    PROCESSING CENTER,    DES MOINES, IA 50364-0001
11459601     +Chase Bank One Card Services,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
10634011     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
11459602     +Citi Financial,    4600 Fuller Dr,    Irving, TX 75038-6506
11459603     +Citi Mastercard,    Processing Center,    Des Moines, IA 50364-0001
11459596     +E'tratde Financial,    P O Box 1542,    Merrifield, VA 22116-1542
10160928     +LASALLE BANK COMMERCIAL LOAN PAYMENT,    8617 INNOVATION WAY,    CHICAGO, IL 60682-0086
10160929     +LASALLE BANK COMMERCIAL LOAN PAYMENTS,    8617 INNOVATION WAY,    CHICAGO, IL 60682-0086
10753912     +LaSalle Bank, N.A.,    c/o Zenoff & Zenoff Chartered,    53 W. Jackson Blvd., Suite 1140,
              Chicago, IL 60604-3619
10160930     +MBNA AMERICA,    PO BOX 15137,    WILMINGTON, DE 19886-5137
10160931     +MBNA AMERICA,    PO BOX 15289,    WILMINGTON, DE 19886-5289
10740976     +MBNA America Bank NA,    Mailstop DE5-014-02-03,    PO Box 15168,    Wilmington, DE 19850-5168

The following entities were served by electronic transmission on Mar 25, 2008.
10160926      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 25 2008 02:19:43     DISCOVER CARD,    PO BOX 30395,
              SALT LAKE CITY, UT 84130
10160927      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 25 2008 02:19:43     DISCOVER CARD,    PO BOX 30395,
              SALT LK CITY, UT 84130
10619671      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 25 2008 02:19:43
              Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 26, 2008**          **Signature:**   *Joseph Speetjens*