UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: ) | | Chapter 7 |
| ) | | |
| HENRY BEACHER CREWS, JR. ) | | Hon. PAMELA S. HOLLIS |
| ) | | |
| ) | | Case No.  05 B 51599 |
| ) | | |

**Trustee's Final Account**
**and**
**Application to Close Case and Discharge Trustee**

To:   The Honorable PAMELA S. HOLLIS
      United States Bankruptcy Judge

Final distributions of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Group Exhibit A.

All checks have been cashed.  Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B.  Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.


Dated: 5/8/08                                                  /s/ Allan J. DeMars
                                                                       Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                )
                                      ) Case No. 05 B 51599
HENRY BEACHER CREWS, JR.   ) Hon. PAMELA S. HOLLIS
                                      ) Chapter 7
            Debtor              )

**ORDER AWARDING COMPENSATION AND EXPENSES AND AUTHORIZING ABANDONMENT OF ASSETS PURSUANT TO FINAL REPORT AND ACCOUNT**

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation<br>Allan J. DeMars | $ 1,135.83 |
| 2. | Trustee's expenses<br>Allan J. DeMars | $   17.62 |
| | TOTAL | $ 1,153.45 |

IT IS FURTHER ORDERED that the requests for final compensation and expenses are allowed as follows:

1.  Attorney for the Trustee
    a.  Compensation                    $4,593.75
        Allan J. DeMars

            Total        $4,593.75

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

IT IS FURTHER ORDERED that the trustee's request for abandonment of all property listed in Paragraph 11 of the Notice of Trustee's Final Report is authorized and approved.

DATED this 24th day of April, 2008

ENTERED
APR 2 4 2008

Enter: _____
PAMELA S. HOLLIS
BANKRUPTCY JUDGE
Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 05 B 51599 |
| HENRY BEACHER CREWS, JR. | ) Hon. PAMELA S. HOLLIS |
| | ) Chapter 7 |
| Debtor | ) |

DISTRIBUTION REPORT

I, <u>Allan J. DeMars</u>, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I am making the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Fees and Expenses Trustee: $ 908.03 | |
| Attorney: $3616.32 | $ 4524.35 |
| Chapter 7 Administrative Expenses: | $ |
| Chapter 11 Administrative Expenses: | $ |
| Priority Claims (507(a)(3)-(a)(7)): | $ |
| Secured Tax Liens: | $ |
| Priority Tax Claims: | $ |
| General Unsecured Claims: | $ |
| Other: <u>penalty</u> | $ |
| Other: <u>Interest on claims</u> | $ |
| Surplus to debtor: | $ |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 4524.35 |

REPORT OF DISTRIBUTION

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $5,747.20 | 78.7226% |

| CLAIM NUMBER | CREDITOR | | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| Allan J. DeMars: | trustee's fees | | $1135.83 | $ 894.16 |
| | expenses | | 17.62 | 13.87 |
| | attorney's fees | | 4593.75 | 3616.32 |
| | | | $5747.20 | $4524.35 |

REPORT OF DISTRIBUTION - CONT'D                    PAGE 2 of 6

| 2.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 3.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(2) -Gap claims arising in involuntary cases and allowed pursuant to 502(f) | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 4.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(3) - Wages, salaries or commissions limited to $4,650.00 | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION - CON'T                            PAGE 3 of 6

|  | TOTAL | FINAL |
|---|---|---|
| 5.    TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |

507(a)(4) - Contributions to    $
Employee Benefit Plans

| CLAIM NUMBER        CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|

|  | TOTAL | FINAL |
|---|---|---|
| 6.    TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |

507(a)(5) - Farmers'            $
and Fishermans' claims
to the extent of $4,000.

| CLAIM NUMBER        CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|

|  | TOTAL | FINAL |
|---|---|---|
| 7.    TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |

507(a)(6) - Deposits            $
by consumers to the extent
of $2,100.00

| CLAIM NUMBER        CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|

|  | TOTAL | FINAL |
|---|---|---|
| 8.    TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |

507(a)(7) - Alimony,            $
Maintenance and Support

| CLAIM NUMBER        CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|

REPORT OF DISTRIBUTION - CONT'D                    PAGE 4 of 6

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 724(b) - Tax claims | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(8) - Tax claims excluding fines and penalties | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(9) - Capital Commitments to Federal Depository Institutions | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

REPORT OF DISTRIBUTION-CON'T                                   Page 5 of 6

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $98,120.90 | 0% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Discover Bank | $ 17112.17 | $ |
| 2 | Discover Bank | 4018.20 | |
| 3 | Chase Bank USA | 1418.16 | |
| 4 | Chase Bank USA | 21495.70 | |
| 5 | Advanta Bank Corp. | 20354.88 | |
| 6 | MBNA America Bank | 33721.79 | |
| | | $98120.90 | $    0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | AMOUNT OF DIVIDEND % |
|---|---|---|
| 726(a)(3) - Late unsecured claims. | $52,021.55 | 0% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 7 | LaSalle Bank | $52021.55 | $    0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                              Page 6 of 6

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(5) - Interest | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(6) - Surplus to Debtor | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

   WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: April 24, 2008              /s/ Allan J. DeMars
                                        Trustee

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 05-51599
Case Name: HENRY B. CREWS
Taxpayer ID#: 38-6840641
For Period Ending: 12/31/08

Trustee's Name: Allan J. DeMars
Bank Name: LaSalle Bank
Initial CD #: CDI
Blanket bond (per case limit): 5,000,000
Separate bond (if applicable):
Money Market #: 8604063183

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 8/29/06 | Ref 10 | E-Trade | turnover of funds in account | 1129-000 | 5,695.84 | | 5,695.84 |
| 8/31/06 | Ref 17 | LaSalle Bank | interest on invested funds | 1270-000 | 0.25 | | 5,696.09 |
| 9/30/06 | Ref 17 | LaSalle Bank | interest on invested funds | 1270-000 | 7.44 | | 5,703.53 |
| 10/31/06 | Ref 17 | LaSalle Bank | interest on invested funds | 1270-000 | 7.70 | | 5,711.23 |
| 11/30/06 | Ref 17 | LaSalle Bank | interest on invested funds | 1270-000 | 7.40 | | 5,718.63 |
| 12/31/06 | Ref 17 | LaSalle Bank | interest on invested funds | 1270-000 | 7.04 | | 5,725.67 |
| BALANCE CARRIED FORWARD | | | | | | | 5,725.67 |
| 1/31/07 | Ref 17 | LaSalle Bank | interest on invested funds | 1270-000 | 7.00 | | 5,732.67 |
| 2/9/07 | Check 1001 | International Sureties, Ltd. | bond premium | 2300-000 | | 18.67 | 5,714.00 |
| 2/28/07 | Ref 17 | LaSalle Bank | interest on invested funds | 1270-000 | 6.33 | | 5,720.33 |
| 3/31/07 | Ref 17 | LaSalle Bank | interest on invested funds | 1270-000 | 7.07 | | 5,727.40 |
| 4/30/07 | Ref 17 | LaSalle Bank | interest on invested funds | 1270-000 | 7.01 | | 5,734.41 |
| 5/31/07 | Ref 17 | LaSalle Bank | interest on invested funds | 1270-000 | 7.26 | | 5,741.67 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 6/30/07 | Ref 17 | LaSalle Bank | interest on invested funds | 1270-000 | 7.03 | | 5,748.70 |
| 7/31/07 | Ref 17 | LaSalle Bank | interest on invested funds | 1270-000 | 7.27 | | 5,755.97 |
| 8/31/07 | Ref 17 | LaSalle Bank | interest on invested funds | 1270-000 | 7.28 | | 5,763.25 |
| 9/30/07 | Ref 17 | LaSalle Bank | interest on invested funds | 1270-000 | 7.06 | | 5,770.31 |
| 10/31/07 | Ref 17 | LaSalle Bank | interest on invested funds | 1270-000 | 7.30 | | 5,777.61 |
| 11/30/07 | Ref 17 | LaSalle Bank | interest on invested funds | 1270-000 | 6.70 | | 5,784.31 |
| 12/31/07 | Ref 17 | LaSalle Bank | interest on invested funds | 1270-000 | 5.63 | | 5,789.94 |
| BALANCE CARRIED FORWARD | | | | | | | 5,789.94 |
| 1/28/08 | Check 1002 | Henry Crews | exemption in proceeds of E-Trade account | 8100-002 | | 1,270.00 | 4,519.94 |
| 1/31/08 | Ref 17 | LaSalle Bank | interest on invested funds | 1270-000 | 4.70 | | 4,524.64 |
| 2/8/08 | Check 1003 | International Sureties, Ltd. | bond premium | 2300-000 | | 5.23 | 4,519.41 |
| 2/29/08 | Ref 17 | LaSalle Bank | interest on invested funds | 1270-000 | 1.79 | | 4,521.20 |
| 3/31/08 | Ref 17 | LaSalle Bank | interest on invested funds | 1270-000 | 1.91 | | 4,523.11 |
| 4/21/08 | Ref 17 | LaSalle Bank | interest on invested funds | 1270-000 | 1.24 | | 4,524.35 |
| 4/24/08 | Check 1004 | Allan J. DeMars | trustee's fees at 78.7226% | 2100-000 | | 894.16 | 3,630.19 |
| 4/24/08 | Check 1005 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 13.87 | 3,616.32 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Money Market Balance** |
| 4/24/08 | Check 1006 | Allan J. DeMars | attorney's fees | 3110-000 | | 3,616.32 | 0.00 |

Money Market #8604063183

COLUMN TOTALS    5,818.25    5,818.25    0.00
5,818.25    5,818.25    0.00